UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JAYCE JOSEPH POLITOSKI,<br>　　　　Defendant and Judgment Debtor,<br>BANK OF AMERICA, N.A.,<br>　　　　Garnishee. | Case No. 3:19-CR-4548-JLS-1<br><br>**ORDER OF GARNISHMENT**<br><br>**[ECF No. 35]** |

　　　This matter is before the Court for entry of an Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act ("FDCPA"), against the substantial nonexempt property of Defendant-Judgment Debtor Jayce Joseph Politoski (hereinafter "Judgment Debtor").

　　　**Bank of America, N.A.** (hereinafter "Garnishee") filed an answer to the Amended Writ of Garnishment. The United States of America and Judgment Debtor have stipulated and agreed to the entry of an Order of Garnishment for Judgment Debtor's nonexempt disposable earnings in the custody, control, or possession of Garnishee, up to the amount of $30,416.20.

　　　Upon stipulation of the parties and for good cause shown, the Motion for Order of Garnishment for a Portion of Judgment Debtor's Nonexempt Property (ECF No. 35) is **GRANTED** as follows:

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(7), Garnishee shall pay the United States, within 14 days from the date of this order, the nonexempt property it has in its custody, control, or possession that belongs to or is due to Judgment Debtor up to the amount of $30,416.20.  As of October 28, 2020, the current balance owed to the United States is $129,715.82.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3205(c)(10), the garnishment is terminated by: (1) court order; (2) exhaustion of Judgment Debtor's property in the custody, control, or possession of Garnishee; (3) the satisfaction of Judgment Debtor's debt to the United States.  Pursuant to this order, the garnishment shall terminate once the United States receives $30,416.20 from Garnishee, and the United States shall file a notice of termination of garnishment upon receipt of payment.

IT IS FURTHER ORDERED that Garnishee shall include Case No. **3:19-CR-4548-JLS-1** on all payments and make checks payable to the Clerk of Court. Garnishee shall mail payments to the Clerk of Court, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101.

**IT IS SO ORDERED**.

Dated:  October 28, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge