UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JAYCE JOSEPH POLITOSKI,<br><br>　　　Defendant and Judgment Debtor,<br><br>ONE LANDSCAPE COMPANY LLC,<br><br>　　　　　Garnishee. | Case No. 3:19-CR-4548-JLS-1<br><br>**ORDER OF GARNISHMENT**<br><br>**[ECF No. 36]** |

　　　This matter is before the Court for entry of an Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act ("FDCPA"), against the substantial nonexempt property of Defendant-Judgment Debtor Jayce Joseph Politoski (hereinafter "Judgment Debtor").

　　　The United States of America, Judgment Debtor and Garnishee **One Landscape Company LLC** (hereinafter "Garnishee") have stipulated and agreed to the entry of an Order of Garnishment for Judgment Debtor's nonexempt disposable earnings in the custody, control, or possession of Garnishee.

　　　Upon stipulation of the parties and for good cause shown, the Motion for Order of Garnishment for Judgment Debtor's Nonexempt Disposable Earnings (ECF No. 36) is **GRANTED** as follows:

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(7), Garnishee shall pay the United States, within 14 days from the date of this order, the nonexempt property it has in its custody, control, or possession that belongs to or is due to Judgment Debtor as set forth below and continuing up to the amount of debt owed to the United States by Judgment Debtor.  As of October 28, 2020, the current balance owed to the United States is $129,715.82.  For each pay period, Garnishee shall pay the United States the lesser of:

1. 25% of disposable earnings of Judgment Debtor; or
2. the amount by which Judgment Debtor's disposable earnings for a week exceeds thirty times the Federal minimum hourly wage in effect at the time the earnings are payable.  *See* 15 U.S.C. § 1673(a).  In the case of earnings for any pay period other than a week, multiples of the weekly restrictions, as prescribed by the Secretary of Labor, will be used to calculate the maximum amounts that may be garnished.  *See id.*

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3205(c)(10), Garnishee shall continue said payments until the garnishment is terminated by: (1) court order; (2) exhaustion of Judgment Debtor's property in the custody, control, or possession of Garnishee; (3) the satisfaction of Judgment Debtor's debt to the United States.

IT IS FURTHER ORDERED that Garnishee shall include Case No. **3:19-CR-4548-JLS-1** on all payments and make checks payable to the Clerk of Court. Garnishee shall mail payments to the Clerk of Court, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101.

**IT IS SO ORDERED**.

Dated:  October 28, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge